IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Angelos, Pete A | Case Number: 06 B 11463 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/10/08 | Filed: 9/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 29, 2008
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,600.00 | |
| Secured: | | 15,025.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,674.00 |
| Trustee Fee: | | 900.60 |
| Other Funds: | | 0.00 |
| Totals: | 17,600.00 | 17,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Grochocinski Grochocinski &Lyod | Administrative | 1,674.00 | 1,674.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 14,018.45 | 3,360.00 |
| 4. | Wells Fargo Bank | Secured | 38,203.59 | 11,665.40 |
| 5. | Internal Revenue Service | Priority | 5,091.89 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 0.29 | 0.00 |
| 7. | ReMax International | Unsecured | | No Claim Filed |
| 8. | Remax In The Park | Unsecured | | No Claim Filed |
| | | | $ 58,988.22 | $ 16,699.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 398.40 |
| 5.4% | 502.20 |
| | $ 900.60 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Angelos, Pete A

Printed:  6/10/08

Case Number:  06 B 11463
Judge:  Goldgar, A. Benjamin
Filed:  9/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

